FILED

FEB 1 0 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Ex Parte, Allah Burman                )
                                      )      Cause No. *5:16 cv 14 Bailey*
          Petitioner,                 )                         *Seibert*
                                      )
v.                                    )      Jurisdiction; 18 USC §  4107
                                      )      (b) (3);
Attorney General                      )      Venue; 18 USC § 4108 (b) (1);
                                      )      and, 18 USC § 3244 (3)
          Respondent.                 )
                                      )

APPLICATION FOR MOTION TO CHALLENGE
18 USC § 4107 VERIFICATION OF CONSENT OF OFFENDER TO TRANSFER
FROM THE UNITED STATES


COMES NOW, Allah Burman, Petitioner, by Special Visitation, for the limited purpose of--challenging his transfer from his country--Maryland Republic--to the United States, and do hereby reserves all rights without prejudice--to all other remedies and relief.

(1). The Petitioner contends that his transfer from the United States to a foreign State was not authorized by his consent, and that the officers that are responsible are in violation of--18 USC § 4107 (a)--which reads, "Prior to transfer of an offender from the United States, the fact that the offender consents is voluntary and with full knowledge of the consequences thereof shall be verified by a United States magistrate judge or a judge as defined in section 451 of title 28, United States Code;" (b) "The verifying officer shall inquire of the offender whether he understands or agrees that the transfer will be subject to the following conditions: (1) only the appropriate courts in the United States may modify or set aside the conviction or sentence, and any proceeding seeking such action may only be brought in such courts; (2) the sentence should be carried out according to the laws of the country to which he is to be transferred and that those laws are subject to change; (3) if a court in the country to which he is transferred should determine upon a proceeding initiated by him or on his behalf that his transfer was not accomplished in accordance with the treaty or laws of that country, he may be returned to the United States for the purpose of completing the sentence if the United States request his return; and (4) his consent by the verifying officer is irrevocable."

(C) "The verifying officer, before determining that an offender's consent is voluntary and given with full knowledge of the consequences, shall advise the offender of his right to consult with counsel as provided by this chapter. If the offender wishes to consult with counsel before giving his consent, he shall be advised that the proceedings will be continued until he has had an opportunity to consult with counsel.

(d) "The verifying officer shall make the necessary inquiries to determine that the offender's consent is voluntary and not the result of any promise, threats, or other improper inducements, and that the offender accepts the transfer subject to the conditions set forth in subsection (b). The consent and acceptance shall be on an appropriate form prescribed by the Attorney General."

(e) "The proceedings shall be taken down by a reporter or recorded by suitable sound recording equipment. The Attorney General shall maintain custody of the records."

Moreover, the Petitioner contends that--none of the above statutory rules were complied with, he has never consented to any such proceedings, he was not informed of any time date and place of any such hearing, he was not informed of his rights, he was not provided with counsel, and no magistrate judge or judge has never verified his consent to any such proceeding, and that there is no recorded nor audio tape of any such proceeding--with his real voice on it. And for the stated cause, the officer and agents has violated the Petitioner's statutory due process rights and has violated the **Fifth Amendment**--due process clause--to the Constitution for the United States of America--de jure--Republic--Form, and causing the Petitioner to be deprived of his life, liberty and property, and the pursuit of happiness, and resulting in a fundamental miscarriage of justice.

However, in pursuant to **18 USC § 4108 (b) (1)**--which reads **"only the country in which he was convicted and sentenced can modify or set aside the conviction or sentence, and any proceeding seeking such action may only be brought in that country."**

The point that the Petitioner makes here is that--there's a conflict of laws here--as to habeas corpus proceedings and the above statutes, because in pursuant to **28 USC § 2241 (a)**--which reads--**"Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions. The order of a circuit judge shall be entered in the records of the district court of the district wherein the restraint complained of is had."**

2.

Moreover, the Petitioner respectfully request that a hearing be held--within the specified time limitation--concerning ex parte motions/applications, without delay. And the Petitioner ask that this Motion/application be heard by a district court judge or a circuit judge--meaning--the judicial branch--**Article III section 1.** Also, see, annexed affidavits with Motion.

**WHEREFORE,** the Petitioner Allah Burman, respectfully moves a circuit judge or the district courts to hold a hearing within 48 hours--in open court, with the Petitioner present, so that he may be discharged or sent back to the sending country--as described within the above statutes, or grant him a status hearing, so that he may be able to adduce his proof of claims. Or, on the other hand--accept Petitioner's documents--on its face--affidavits.

**EXECUTED,** on this __1__ day of _February_____, two thousand and _six_teen--in the name of my Lord.

Respectfully;

By: _Allah Burman_____
Allah Burman Petitioner
c/o Post Office Box 6000
Federal Correctional Inst
Glenville, West Virginia
united states for America

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that three copies of the said Motion challenging verification of consent of offender to transfer from the United States, was served upon the clerk of court for the Northern District of West Virginia--ex parte, on this __1__ day of _February_____, 2016.

By: _Allah Burman_____
Allah Burman Petitioner
c/o Post Office Box 6000
Federal Correctional Inst
Glenville, West Virginia
united states for America

3.